1 | GEORGE S. CARDONA
Acting United States Attorney
2 | ROBB C. ADKINS
Assistant United States Attorney
3 | Chief, Santa Ana Branch Office
JENNIFER L. WAIER
4 | Assistant United States Attorney
California Bar Number:   209813
5 |      411 West Fourth Street, Suite 8000
Santa Ana, California 92701
6 |      Telephone: (714) 338-3550
Facsimile: (714) 338-3708
7 |      E-mail:    Jennifer.Waier@usdoj.gov

8 | THOMAS PEREZ
Assistant Attorney General
9 | Civil Rights Division
D. W. TUNNAGE
10 | Civil Rights Division
Criminal Section
11 |      950 Pennsylvania Ave, NW
Washington, DC 20530
12 |      Telephone: (202)305-2789
Facsimile: (202)514-8336
13 |      Donald.Tunnage@usdoj.gov

14 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

15 |

                UNITED STATES DISTRICT COURT

16 |

        FOR THE CENTRAL DISTRICT OF CALIFORNIA

17 |

                  SOUTHERN DIVISION

18 |

19 | UNITED STATES OF AMERICA,     )     CASE NO. SA CR 08-251-DOC
                              )
20 |           PLAINTIFF,       )
                              )     **GOVERNMENT'S BILL OF**
21 |           V.              )     **PARTICULARS**
                              )
22 | TAN DUC NGUYEN,             )
                              )
23 |           DEFENDANT.        )
                              )
24 | _____)

25 |

26 |      Pursuant to the Court's order and to Rule 7(f) of the

27 | Federal Rules of Criminal Procedure, the United States, by and

28 | through its counsel of record, incorporates all of the claims and

1  allegations in the Indictment and hereby submits this Bill of

2  Particulars identifying the following: (1) the state

3  investigators defendant Nguyen misled; (2) the time and content

4  of the acts and statements made by Nguyen with the intent to

5  mislead state investigators and obstruct the communication of

6  information to federal officers; and (3) the federal nexus

7  between Nguyen's conduct and the state run investigation and

8  actions taken by Nguyen that constitute obstruction of Justice.

9  **Item 1**

10  Shannon Adele Williams, Special Agent for the California

11  Department of Justice.  Richard Negrete, Special Agent Supervisor

12  for the California Department of Justice, was also present.

13  **Item 2**

14  During an interview with Special Agent Williams of the

15  California Department of Justice on October 19, 2006, Defendant

16  Nguyen made several statements with the intent to mislead the

17  state investigator and, thereby, undermine the integrity of the

18  information that the state investigator communicated to federal

19  investigators.  The content of Defendant's statements include the

20  following:

21  i.   Although Defendant Nguyen admitted reviewing an early draft

22       of the letter, he withheld the full and entire extent of his

23       participation in the drafting of the Spanish-language letter

24       that was mailed to approximately 14,000 registered voters

25       who had Spanish surnames and were born outside of the United

26       States;

27  ii.  Defendant Nguyen denied authorizing the Spanish-language

28       letter that was mailed to approximately 14,000 registered

2

1    voters who had Spanish surnames and were born outside of the

2    United States;

3  iii. Defendant Nguyen denied participation, authorization and/or

4    knowledge of the dissemination of the Spanish-language

5    letter that was mailed to approximately 14,000 registered

6    voters who had Spanish surnames and were born outside of the

7    United States;

8  iv.  Defendant Nguyen stated that a paid campaign worker, C.D.,

9    without his authorization, obtained access to the voter

10    mailing list data file that was used to disseminate the

11    Spanish-language letter to approximately 14,000 registered

12    voters who had Spanish surnames and were born outside of the

13    United States;

14  v.   Defendant Nguyen stated that C.D. delivered, via electronic

15    mail, a voter mailing list data file to Mailing Pros without

16    his knowledge;

17  vi.  Defendant Nguyen withheld the full and entire extent of his

18    knowledge of a campaign worker's (M.N.), activities

19    regarding the authorization and/or dissemination of the

20    Spanish- language letter that was mailed to approximately

21    14,000 registered voters who had Spanish surnames and were

22    born outside of the United States when he was asked direct

23    questions about such activity; and

24  vii. Defendant Nguyen withheld the full and entire extent of his

25    knowledge of the activities that occurred between September

26    17 and October 16, 2006 relating to the authorization and/or

27    dissemination of the Spanish-language letter that was mailed

28    to approximately 14,000 registered voters who had Spanish

1  surnames and were born outside of the United States when he

2  was asked direct questions about such activity.

3  **Item 3**

4  On the morning of October 19, 2006, one day after media

5  reports of the United States Department of Justice's joint

6  investigation with the State of California into the source of a

7  Spanish-language letter that was mailed to thousands of

8  registered voters in Orange County, CA, Defendant Nguyen (an

9  experienced candidate who had participated in multiple campaigns

10 for federal elective offices) issued a press statement indicating

11 his intention to cooperate with "law enforcement and other

12 agencies investigating the genesis of the mailer."  After

13 Defendant Nguyen released the press statement on October 19, 2006

14 indicating his intention to cooperate with the agencies that were

15 investigating the genesis of the Spanish-language letter,

16 Defendant Nguyen met with Shannon Williams, an investigator who

17 represented the State of California in the joint investigation

18 with federal law enforcement officers.  During that meeting on

19 October 19, 2006, Defendant Nguyen made the statements identified

20 in Item 2, above, with the intent of concealing from Agent

21 Williams, and any other investigators with whom she was

22 coordinating in the investigation of the origin of the Spanish-

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | language letter, his knowledge of and participation in the

2 | drafting, authorization, and/or dissemination of the Spanish-

3 | language letter.

4 | Dated: February 16, 2010          Respectfully submitted,

5 |

6 |

7 | THOMAS E. PEREZ                  GEORGE S. CARDONA
Assistant Attorney General       Acting United States Attorney
8 | Civil Rights Division
                                 ROBB C. ADKINS
9 |                                Assistant United States Attorney
                                 Chief, Santa Ana Branch Office
10 |

11 |
            /S/
12 | _____     JENNIFER WAIER
D. W. TUNNAGE                    Assistant United States Attorneys
Civil Rights Division
13 | Criminal Section

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |