```
 1  ANDRÉ BIROTTE JR.
    Acting United States Attorney
 2  DOUGLAS F. McCORMICK
    Assistant United States Attorney
 3  Acting Chief, Santa Ana Branch Office
    JENNIFER L. WAIER
 4  Assistant United States Attorney
    California Bar Number:  209813
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3550
         Facsimile: (714) 338-3708
 7       E-mail:    Jennifer.Waier@usdoj.gov

 8  Attorney for Plaintiff
    United States of America
 9
10
11                    UNITED STATES DISTRICT COURT
12               FOR THE CENTRAL DISTRICT OF CALIFORNIA
13  UNITED STATES OF AMERICA,   )  SA CR No. 08-251-DOC
                                )
14          Plaintiff,          )  [proposed] ORDER CONTINUING
                                )  TRIAL DATE AND FINDINGS REGARDING
15          v.                  )  EXCLUDABLE TIME PERIODS PURSUANT
                                )  TO SPEEDY TRIAL ACT
16  TAN DUC NGUYEN,             )
                                )  [proposed] TRIAL DATE: 8-17-10
17          Defendant.          )
                                )
18                              )
                                )
19                              )
                                )
20                              )
21  _____
22       The Court has read and considered the Stipulation Regarding
23  Request for (1) Continuance of Trial Date and (2) Findings of
24  Excludable Time Periods Pursuant to Speedy Trial Act, filed by
25  the parties in this matter.  The Court hereby finds that the
26  Stipulation, which this Court incorporates by reference into this
27  Order, demonstrates facts that support a continuance of the trial
28
```

date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from May 11, 2010 to August 17, 2010.

2. The time period of May 11, 2010 to August 17, 2010, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 9D of the Federal Courthouse, 411 West 4th Street, Santa Ana, California on August 17, 2010 at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion

of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

_____    _____
DATE                                    THE HONORABLE DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE

Presented by:

*Jennifer L. Waier*
JENNIFER L. WAIER
Assistant United States Attorney