Issued to DJ
Copy to DJ
FILED
2010 JUN -9 PM 4:08
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2009 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR 08-251(A) |
| Plaintiff, | ) | |
| | ) | **F I R S T** |
| V. | ) | |
| | ) | **S U P E R S E D I N G** |
| TAN DUC NGUYEN, | ) | |
| | ) | **I N D I C T M E N T** |
| Defendant. | ) | |
| | ) | [18 U.S.C. § 1512(b)(3): Obstruction of Justice] |
| | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1512(b)(3)]

On or about October 18, 2006, in Orange County, within the Central District of California, defendant TAN DUC NGUYEN, then a candidate for the United States House of Representatives, did knowingly attempt to corruptly persuade another person, C.D., to provide a false account relating to a Spanish-language letter that was mailed to voters in the 47th United States Congressional

1 | District of the State of California, with the intent to hinder,
2 | delay, or prevent the communication to a law enforcement officer
3 | or judge of the United States of information relating to the
4 | possible commission of a federal offense, in violation of Title
5 | 18, United States Code, Section 1512(b)(3).

COUNT TWO

[18 U.S.C. § 1512(b)(3)]

1.   On or about October 19, 2006, in Orange County, within the Central District of California, defendant TAN DUC NGUYEN, then a candidate for the United States House of Representatives, knowingly engaged in misleading conduct toward another person with the intent to hinder, delay or prevent the communication to a law enforcement officer of the United States of information relating to the possible commission of a Federal offense.

2.   Specifically, during an interview with Special Agent Williams of the California Department of Justice on October 19, 2006, defendant NGUYEN made several statements with the intent to mislead the state investigator and, thereby, undermine the integrity of the information that the state investigator communicated to federal investigators.

3.   The content of defendant NGUYEN's statements include the following:

   i.   Defendant NGUYEN withheld the full and entire extent of his participation in the drafting of the Spanish-language letter that was mailed to approximately 14,000 registered voters who had Spanish surnames and were born outside of the United States;

   ii.  Defendant NGUYEN stated that a paid campaign worker, C.D., used the campaign's voter mailing list data file without defendant NGUYEN's authorization to facilitate the dissemination of the Spanish-language letter to approximately

14,000 registered voters who had Spanish surnames and were born outside of the United States;

      iii. Defendant NGUYEN withheld the full and entire extent of his knowledge of campaign worker M.N.'s activities regarding the authorization and/or dissemination of the Spanish-language letter that was mailed to approximately 14,000 registered voters who had Spanish surnames and were born outside of the United States when he was asked direct questions about such activities; and

      iv. Defendant NGUYEN withheld the full and entire extent of his knowledge of the activities that occurred between September 17 and October 16, 2006, relating to the authorization and/or dissemination of the Spanish-language letter that was mailed to approximately 14,000 registered voters who had Spanish surnames and were born outside of the United States when he was asked direct questions about such activities.

4. All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL

/S/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Foreperson

ANDRÉ BIROTTE, JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office

TERRI K. FLYNN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

THOMAS PEREZ
Assistant Attorney General
Civil Rights Division

D. W. TUNNAGE
Civil Rights Division
Criminal Section

5