# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

ORIGINAL

Case Number **SA CR 08-251(A)-DOC**     Defendant Number **1**
U.S.A. v. **TAN DUC NGUYEN**     Year of Birth **1975**
☑ Indictment     ☐ Information     Investigative agency (FBI, DEA, etc.) **FBI**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE
a. Offense charged as a:
  ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
  ☐ Petty Offense    ☐ Class B Misdemeanor
b. Date of offense _____
c. County in which first offense occurred
  Orange County
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☐ Los Angeles      ☐ Ventura
  ☑ Orange           ☐ Santa Barbara
  ☐ Riverside        ☐ San Luis Obispo
  ☐ San Bernardino   ☐ Other _____
Citation of offense **18 U.S.C. § 1512(b)(3)**

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☑ No     ☐ Yes
  IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
  Case Number _____
  Charging _____
The complaint:   ☐ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*     ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information
IS THIS A NEW DEFENDANT ?   ☐ Yes     ☐ No

This is the **1st** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number **SA CR 08-251**

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*     ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes     ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes     ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

---

**OTHER**
- ☑ Male  ☐ Female
- ☐ U.S. Citizen  ☐ Alien
- Alias Name(s) _____

This defendant is charged in:  ☑ All counts
☐ Only counts: 18 U.S.C. § 1512(b)(3)

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☑ Other: Obstruction of Justice

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: 10/14/08
b. Posted bond at complaint level on: _____
   in the amount of $ 5,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☑ No
e. Is on bail or release from another district: _____

f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☑ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 40

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 6/08/10

*Signature of Assistant U.S. Attorney*

TERRI K. FLYNN
*Print Name*

---