# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:08-CR-00251(A)-DOC          Recorder: CS 06/28/2010          Date: 06/28/2010

Present: The Honorable Marc L. Goldman, U.S. Magistrate Judge

Court Clerk: Terri Steele                                        Assistant U.S. Attorney: Christine Bautista

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| TAN DUC NGUYEN<br>Bond | H. Dean Steward<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court enters a plea of not guilty on behalf of the defendant to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial August 17, 2010, at 8:30 a.m. (to remain)
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

cc: Statistics Clerk, PSALA PSASA, USMSA

PIA: 00 : 05
Initials of Deputy Clerk: ts