UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 08-0251-DOC | Date | July 21, 2010 |
|---|---|---|---|

| Present: The Honorable | DAVID O. CARTER, United States District Judge |
|---|---|

| Interpreter | None |
|---|---|

| Kathy Peterson | None | Greg Staples, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TAN DUC NGUYEN | Not | | X | Dean Steward | Not | | X |

**Proceedings:**   (IN CHAMBERS)   ORDER RESCHEDULING DATE OF HEARING

The hearing on Defendant's Motion to dismiss Indictment for Vindictive Government Prosecution [65], previously set for July 26, 2010 at 1:30 p.m., will now take place on **Thursday, July 29, 2010 at 1:30 p.m.**

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | kp | |