# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 08-0251-DOC |
| Date | July 29, 2010 |

Present: The Honorable **DAVID O. CARTER, United States District Judge**

Interpreter None

| Kathy Peterson | Debbie Gale | Donald Tunnage, DOJ / Greg Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TAN DUC NGUYEN | | X | X | Dean Steward | | X | X |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VINDICTIVE GOVERNMENT PROSECUTION [65]

This matter is called, counsel state their appearances, and are heard on the above-referenced motion. The Court denies Defendant's Motion to Dismiss Indictment for Vindictive Government Prosecution. The trial in this matter is continued to August 24, 2010, at 8:30 a.m.

: 30

Initials of Deputy Clerk   kp